## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of February, 2008, the Petition for Allowance of Appeal is hereby **GRANTED,** the order of the Superior Court is **VACATED,** and the case **REMANDED** to the trial court for reinstatement of the jury's verdict. *See Commonwealth v. Ratsamy,* 934 A.2d 1233 (Pa.2007).

Jurisdiction relinquished.

**COMMONWEALTH of Pennsylvania, Petitioner**

v.

**Lamarr SISTRUNK, Respondent.**

Supreme Court of Pennsylvania.

Feb. 27, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of February, 2008, the Petition for Allowance of Appeal is hereby **GRANTED,** the order of the Superior Court is **VACATED,** and the case **REMANDED** to the trial court for reinstatement of the jury's verdict. *See*

*Commonwealth v. Ratsamy,* 934 A.2d 1233 (Pa.2007).

Jurisdiction relinquished.

**Annette K. SCHWARTZ and Joseph Schwartz, h/w, Petitioners**

v.

**Selena GRIFFIN and Lisa Ann Bannister a/k/a Lisa Ann Bannister–Johnson a/k/a Lisa Ann Johnson, Respondents.**

**No. 90 EM 2006.**

Supreme Court of Pennsylvania.

Feb. 27, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 27th day of February, 2008, the Application for Relief and the Application for Relief Under Rule Pa. R.A.P. 123 to Docket and Determine this Matter as a Petition for Allowance of Appeal are **DENIED.**